Hon. Tana Lin

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

*In re: Columbia Bank Data Security Litigation*

This Document Relates to: All Actions

Case No.: 3:26-cv-05422-TL

**~~[PROPOSED]~~ ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE PLAINTIFFS' EXECUTIVE COMMITTEE COUNSEL**

This matter comes before the Court on the Motion to Withdraw and Substitute Plaintiffs' Executive Committee Counsel. Having considered the Motion and the record in this matter, and finding good cause, the Court hereby ORDERS:

1. The Motion is **GRANTED**.
2. Melissa G. Meyer of Levi & Korsinsky, LLP is permitted to withdraw as counsel of record and as a member of Plaintiffs' Executive Committee in this matter.
3. Tyler A. Litke of Levi & Korsinsky, LLP is substituted for Melissa G. Meyer as a member of Plaintiffs' Executive Committee, subject to his admission to practice before this Court.

//

//

//

//



MCNAUL EBEL PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-4151
(206) 467-1816

4. All other appointments and provisions of the Court's June 26, 2026, Order (ECF No. 12) shall remain unchanged.

IT IS SO ORDERED.

DATED this 23rd day of October, 2026.

The Honorable Tana Lin
United States District Judge

Presented by:

By: */s/ Kaleigh N. Boyd*
Kaleigh N. Boyd (WSBA No. 52684)
**MCNAUL EBEL PLLC**
One Union Square
600 University Street, Suite 2700
Seattle, Washington 98101
Tel: (206) 389-9332
Email: kboyd@mcaul.com

Tyler A. Litke*
Melissa G. Meyer (admitted *pro hac vice*)
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Emails: tlitke@zlk.com
Email: mmeyer@zlk.com

*Attorneys for Plaintiffs and the Class*

**pro hac vice pending*